Form fmgtreq

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois

203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

| | |
|---|---|
| *In Re:*  John Dewilder Gibson<br>*Debtor* | *Case No.:*  19–90311 |
| | *Chapter:*  7 |

**NOTICE RE: FINANCIAL MANAGEMENT/DEBTOR EDUCATION REQUIREMENT**

**Notice is hereby provided:**

Pursuant to the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, every individual debtor (both debtors in a joint case) filing under Chapters 7 and 13 must complete an approved financial management course and file certification of completion with the court in order to receive a discharge.

The required certification consists of **Official Form 423 Certification About a Financial Management Course.** For cases assigned to Judge Perkins, the requirement may be met by filing either Official Form 423 Certification About a Financial Management Course **or** a certificate of completion from the personal financial management provider (for each debtor in a joint case).

A list of approved courses may be found on the court webpage at *www.ilcb.uscourts.gov.*

For Chapter 7 cases, the required certification of completion must be filed prior to the deadline to file an objection to discharge. This date can be found on the Notice of Meeting of Creditors (341 Notice).

For Chapter 13 cases, the required certification of completion must be filed prior to the final Chapter 13 plan payment.

*Dated:* 4/4/19

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

**ATTENTION DEBTORS:**
**Receive your court notices and orders by email through the DeBN program.**
**Same-day delivery.   Convenient access.   Free.**
**Go to *www.ilcb.uscourts.gov/debn* for more information and to download the request form.**

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.