**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John Dewilder Gibson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–3632** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of Illinois** <br> Case number:   **19–90311** | | Date case filed for chapter  **7   4/4/19** |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John Dewilder Gibson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 404 N 21st St <br> Mattoon, IL 61938 | |
| 4. | **Debtor's attorney** <br> Name and address | Joseph Scott Pappas <br> 622 Jackson Avenue <br> Charleston <br> Charleston, IL 61920 | Contact phone 217–345–6222 <br> Email: jpappas@rsmithlawltd.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Roger L Prillaman <br> 220 West Main Street <br> Urbana, IL 61801 | Contact phone 217–384–1300 <br> Email: trusteeprillaman@aol.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                 page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 203 U.S. Courthouse  201 S. Vine Street  Urbana, IL 61802  Visit www.ilcb.uscourts.gov for this court's mandatory electronic filing policy. | Hours open 8:00 am – 5:00 pm  Contact phone 217–974–7330  Date: 4/4/19 |
| **7. Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 17, 2019 at 02:30 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **LOCATION:**  **Edgar County Courthouse, Courtroom 2, 115 W Court, Paris, IL 61944** |
| **8. Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/16/19** |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Central District of Illinois

In re:                                                                Case No. 19-90311-mpg
John Dewilder Gibson                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0753-2          User: mste              Page 1 of 2          Date Rcvd: Apr 04, 2019
                              Form ID: 309A           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
db           +John Dewilder Gibson,    404 N 21st St,    Mattoon, IL 61938-2733
7032655       AT&T Headquarters,    208 S Akard St,    Dallas, TX 75202-4206
7032653       Alltran Financial, LP,    PO Box 610,    Sauk Rapids, MN 56379-0610
7032659      +CONTINENTAL FIN CO,    4550 New Linden Hill Rd,    Wilmington, DE 19808-2930
7032660       COURTESY LOANS,    500 6th St,    Charleston, IL 61920-2016
7032657       Chase Receivables,    755 Broadway Dr Ste 208,    Petaluma, CA 94952
7032658      +Client Services, Inc.,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
7032664       ERC,   PO Box 57610,    Jacksonville, FL 32241-7610
7032668       KIA MOTOR FINANCE,    PO Box 20835,    Fountain Valley, CA 92728-0835
7032672       Migdal Law Group LLP,    PO Box 64600,    Chicago, IL 60664-0600
7032673       Nationstar Mortgage Holdings,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
7032678       SUN LOAN,    1420 Broadway Ave,    Mattoon, IL 61938-4014
7032679       Surge,    PO Box 3220,    Buffalo, NY 14240-3220
7032667       iSpeedyLoans,    2400 E Drive Ave Ste 300,    Des Plaines, IL 60016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           E-mail/Text: jpappas@rsmithlawltd.com Apr 04 2019 19:59:00     Joseph Scott Pappas,
               622 Jackson Avenue,    Charleston,    Charleston, IL 61920
tr           +EDI: FRLPRILLAMAN.COM Apr 04 2019 23:58:00      Roger L Prillaman,    220 West Main Street,
               Urbana, IL 61801-2622
ust          +E-mail/Text: ustpregion10.pe.ecf@usdoj.gov Apr 04 2019 19:59:21     U.S. Trustee,
               Office Of Nancy J. Gargula U.S. Trustee,    401 Main St #1100,    Peoria, IL 61602-1241
7032654       E-mail/Text: cashnotices@gmail.com Apr 04 2019 19:59:44     AmeriCash Loans,
               2400 E Devon Ave Ste 300,    Des Plaines, IL 60018-4600
7032656       E-mail/Text: bk@blittandgaines.com Apr 04 2019 19:59:16     Blitt and Gaines, P.C.,
               661 Glenn Ave,    Wheeling, IL 60090-6017
7032661       EDI: CCS.COM Apr 04 2019 23:58:00      CREDIT COLLECTION SERVIC,    PO Box 607,
               Norwood, MA 02062-0607
7032662       EDI: RCSFNBMARIN.COM Apr 04 2019 23:58:00      CREDIT ONE BANK,    PO Box 98872,
               Las Vegas, NV 89193-8872
7032663       EDI: DISCOVER.COM Apr 04 2019 23:58:00      DISCOVER FINCL SVC LLC,    PO Box 15316,
               Wilmington, DE 19850-5316
7032665       EDI: CBS7AVE Apr 04 2019 23:58:00      GINNY'S INC,    1112 7th Ave # AVEPOB 2816,
               Monroe, WI 53566-1364
7032666       E-mail/Text: bankruptcy@affglo.com Apr 04 2019 19:59:27     Global Credit Collections,
               5440 N Cumberland Ave Ste 300,    Chicago, IL 60656-1486
7032669       EDI: RESURGENT.COM Apr 04 2019 23:58:00      LVNV FUNDING LLC,    C/O RESURGENT CAPITAL,
               PO Box 1269,    Greenville, SC 29602-1269
7032670       EDI: MID8.COM Apr 04 2019 23:58:00      MIDLAND FUNDING LLC,
               2365 Northside Dr # DRIVESUITE 300,    San Diego, CA 92108-2709
7032671       EDI: MID8.COM Apr 04 2019 23:58:00      Midland Funding LLC,    2365 Northside Dr # 300,
               San Diego, CA 92108-2709
7032674      +E-mail/Text: opportunitynotices@gmail.com Apr 04 2019 19:59:41     OPPORTUNITY FINANCIAL,
               130 E Randolph St # STSUITE 3400,    Chicago, IL 60601-6241
7032675       EDI: PRA.COM Apr 04 2019 23:58:00      PORTFOLIO RECOVERY,    120 Corporate Blvd # BLVDSUITE 100,
               Norfolk, VA 23502-4952
7032676      +EDI: DRIV.COM Apr 04 2019 23:58:00      SANTANDER CONSUMER USA,    PO BOX 961245,
               Fort Worth, TX 76161-0244
7032677       EDI: SECFIN.COM Apr 04 2019 23:58:00      SECURITY FINANCE CORPORA,    PO Box 3146,
               Spartanburg, SC 29304-3146
7032680       EDI: RMSC.COM Apr 04 2019 23:58:00      SYNCB/AMAZON PLCC,    PO Box 965015,
               Orlando, FL 32896-5015
7032681       EDI: RMSC.COM Apr 04 2019 23:58:00      SYNCB/BP,    C-O,    PO Box 965024,
               Orlando, FL 32896-5024
7032682       EDI: RMSC.COM Apr 04 2019 23:58:00      SYNCB/WAL-MART,    PO Box 965024,
               Orlando, FL 32896-5024
7032683       E-mail/Text: bankruptcydepartment@tsico.com Apr 04 2019 19:59:46     Transworld Systems Inc,
               500 Virginia Dr Ste 514,    Fort Washington, PA 19034-2707
7032685       EDI: WABK.COM Apr 04 2019 23:58:00      WORLD FINANCE COMPANY,    PO Box 6429,
               Greenville, SC 29606-6429
7032684       EDI: WABK.COM Apr 04 2019 23:58:00      World Acceptance Corporation,    108 Frederick St,
               Greenville, SC 29607-2532
                                                                                              TOTAL: 23
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0753-2          User: mste                 Page 2 of 2            Date Rcvd: Apr 04, 2019
                              Form ID: 309A              Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
              Joseph Scott Pappas    on behalf of Debtor John Dewilder Gibson jpappas@rsmithlawltd.com,
               ddunn@rsmithlawltd.com
              Roger L Prillaman    trusteeprillaman@aol.com,
               lori.prillamanandmoore@gmail.com;rlp@trustesolutions.net
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```